12-11-00041-CR



FILE COPY

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**12/11/2015**
**KENNEDY, MICHAEL ALLYN   Tr. Ct. No. 29326**                    **PD-1233-12**
On this day, this Court has denied the Appellant's Pro Se Motion to Remand and Reverse The 12th Court of Appeals Opinion.

Abel Acosta, Clerk

        12TH COURT OF APPEALS  CLERK
        PAM ESTES
        1517 W. FRONT, ROOM 354
        TYLER, TX  75701
        * DELIVERED VIA E-MAIL *